INTERPRETER

Jump to Docket Table

# U.S. District Court
# SOUTHERN DISTRICT OF ALABAMA (Mobile)
# CRIMINAL DOCKET FOR CASE #: 1:20–cr–00054–TFM–B–1
## *Internal Use Only*

Case title: USA v. Serrano

Magistrate judge case number: 1:20–mj–00019–B

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: *Cathi Jennings*
Deputy Clerk
Date: February 11, 2025

Date Filed: 02/27/2020

Date Terminated: 10/09/2020

Assigned to: District Judge Terry F. Moorer
Referred to: Magistrate Judge Sonja F. Bivins

**Defendant (1)**

**Michael Hernandez Serrano**
*Custody This Court*
*TERMINATED: 10/09/2020*

represented by **Carlos A. Williams**
Federal Defender Organization
Southern District of Alabama
11 North Water Street
Suite 11290
Mobile, AL 36602
(251) 433–0910
Fax: (251) 433–0686
Email: carlos_williams@fd.org
*TERMINATED: 02/21/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment
Bar Status: Active

**Domingo Soto**
Madden & Soto
465 Dauphin Street
Mobile, AL 36602
251–432–0380
Fax: 251–433–5964
Email: soto@maddenandsoto.com
*TERMINATED: 03/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**William Keith Bradford**
Bradford Ladner, LLP.
160 St. Emanuel Street
Mobile, AL 36602
205−802−8823
Fax: 205−802−8825
Email: wkb@bradfordladner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE – Cocaine (1) | Imprisonment 37 months. Term consists of 15 months as to Count 1, and 22 months as to Count 2 run consecutively to the term imposed as to Count 1. SRT 3 years as to each of Counts 1 & 2, to run concurrently. (1) substance abuse testing, (2) substance abuse treatment, (3) mental health evaluation/treatment, (4) model search condition. SA $200.00 |
| POSSESSION OF A FIREARM DURING A DRUG TRAFFICKING CRIME (2) | Imprisonment 37 months. Term consists of 15 months as to Count 1, and 22 months as to Count 2 run consecutively to the term imposed as to Count 1. SRT 3 years as to each of Counts 1 & 2, to run concurrently. (1) substance abuse testing, (2) substance abuse treatment, (3) mental health evaluation/treatment, (4) model search condition. SA $200.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=NP.F – POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED | Imprisonment 37 months. Term consists of 15 months as to Count 1, and 22 months as to Count 2 run consecutively to the term imposed as to Count |

| | |
|---|---|
| SUBSTANCES & 18:924(c) – POSSESSION OF FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME | 1. SRT 3 years as to each of Counts 1 & 2, to run concurrently. (1) substance abuse testing, (2) substance abuse treatment, (3) mental health evaluation/treatment, (4) model search condition. SA $200.00 |

**Plaintiff**

**USA**        represented by    **Deborah A. Griffin**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(251) 441–5845
Fax: 2514415277
Email: deborah.griffin@usdoj.gov
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*
*Bar Status: Retired*

**Gina S. Vann**
DOJ–USAO
63 S. Royal St.
Suite 600
Mobile, AL 36602
251–415–7137
Email: Gina.vann@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Federal Government*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2020 | 1 | COMPLAINT as to Michael Hernandez Serrano with AFFIDAVIT. Signed by U.S. Magistrate Judge Sonja F. Bivins. Cert copy to USA (mpp) [1:20–mj–00019–B] (Entered: 02/07/2020) |
| 02/07/2020 | 2 | Order of Court Warrant Issued as to Michael Hernandez Serrano. Signed by U.S. Magistrate Judge Sonja F. Bivins. Cert copy to USA (mpp) [1:20–mj–00019–B] (Entered: 02/07/2020) |
| 02/07/2020 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Telephone Conference as to Michael Hernandez Serrano held on 2/7/2020 – docs to be issued. DCR Digital Audio Recording. (mpp) [1:20–mj–00019–B] (Entered: 02/07/2020) |
| 02/07/2020 | 3 | Petition for Writ of Habeas Corpus ad prosequendum by USA as to Michael Hernandez Serrano. (Griffin, Deborah) [1:20–mj–00019–B] (Entered: 02/07/2020) |
| 02/07/2020 | 4 | (Court only)     RESTRICTED AUDIO FILE (1.1 MB) as to defendant(s)Michael Hernandez Serrano regarding Telephone Conference held on 2/7/20 before Magistrate |

| | | |
|---|---|---|
| | | Judge Sonja F. Bivins. 00:02 minutes.(mpp) [1:20–mj–00019–B] (Entered: 02/07/2020) |
| 02/07/2020 | 5 | ORDER granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to Michael Hernandez Serrano – Initial Appearance set for 2/14/2020 at 2:00 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Signed by Magistrate Judge Sonja F. Bivins on 2/7/20. (mpp) Copies to counsel,USPO,USMS [1:20–mj–00019–B] (Entered: 02/07/2020) |
| 02/14/2020 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Initial Appearance as to Michael Hernandez Serrano held on 2/14/2020. Dft informed of charges & rights. Dft provisionally appointed Carlos Williams – Latisha Colvin standing in. AUSA Deborah Griffin appeared for the Government. Dft to remain detained. Orders to follow. [TIP SPANISH Interpreter: Jose Pina] DCR Digital Audio Recording. (mpp) [1:20–mj–00019–B] (Entered: 02/17/2020) |
| 02/17/2020 | 6 | CJA 23 Financial Affidavit filed by Michael Hernandez Serrano in open court on 2/14/20. (mpp) [1:20–mj–00019–B] (Entered: 02/17/2020) |
| 02/17/2020 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER provisionally – Carlos Williams appointed. Signed by Magistrate Judge Sonja F. Bivins on 2/14/20. (mpp) [See Evoucher] [1:20–mj–00019–B] (Entered: 02/17/2020) |
| 02/17/2020 | 8 | MOTION to Detain filed by Michael Hernandez Serrano. Referred to Judge Sonja F. Bivins. (mpp) [1:20–mj–00019–B] (Entered: 02/17/2020) |
| 02/17/2020 | 9 | Order on Initial Appearance as to Michael Hernandez Serrano Defendant informed of charges & rights. Dft provisionally appointed Carlos Williams – Latisha Colvin standing in. AUSA Deborah Griffin appeared for the Government. Dft detained. Signed by Magistrate Judge Sonja F. Bivins on 2/14/20. (mpp)Copies to counsel,USPO,USMS [1:20–mj–00019–B] (Entered: 02/17/2020) |
| 02/17/2020 | 10 | WAIVER of Preliminary Hearing filed by Michael Hernandez Serrano in open court on 2/14/20. (mpp) [1:20–mj–00019–B] (Entered: 02/17/2020) |
| 02/17/2020 | 11 | Order on Preliminary Examination as to Michael Hernandez Serrano. Rule 5.1 &/or 32.1 Hearing WAIVED. Court finds probable cause and the matter will be set over for further proceedings. Signed by Magistrate Judge Sonja F. Bivins on 2/14/20. (mpp)Copies to counsel,USPO,USMS [1:20–mj–00019–B] (Entered: 02/17/2020) |
| 02/18/2020 | 12 | (Court only)    RESTRICTED AUDIO FILE (8.7 MB) as to defendant(s)Michael Hernandez Serrano regarding Initial Appearance held on 2/14/20 before Magistrate Judge Sonja F. Bivins. 00:10 mins.(mpp) [1:20–mj–00019–B] (Entered: 02/18/2020) |
| 02/18/2020 | 13 | *SEALED* PRETRIAL REPORT as to Michael Hernandez Serrano. (cjb) [1:20–mj–00019–B] (Entered: 02/18/2020) |
| 02/20/2020 | 14 | Warrant Returned Executed on 2/14/2020 as to Michael Hernandez Serrano. (meh) [1:20–mj–00019–B] (Entered: 02/20/2020) |
| 02/21/2020 | 15 | MOTION for Leave to Appear Entry of appearance as retained counsel Attorney: Domingo Soto. by Michael Hernandez Serrano. (Soto, Domingo) [1:20–mj–00019–B] (Entered: 02/21/2020) |
| 02/21/2020 | 16 | |

| | | |
|---|---|---|
| | | ORDER OF DETENTION as to Michael Hernandez Serrano. Signed by Magistrate Judge Sonja F. Bivins on 2/20/20. (mpp) Copies to counsel,USPO,USMS [1:20–mj–00019–B] (Entered: 02/21/2020) |
| 02/21/2020 | 17 | ENDORSED ORDER noted 15 Motion for Leave to Appear as to Michael Hernandez Serrano. Domingo Soto has been retained as counsel, therefore FPD Carlos Williams is withdrawn from the case. Signed by Magistrate Judge Sonja F. Bivins on 2/20/20. (mpp) Copies to counsel,USPO,USMS [1:20–mj–00019–B] (Entered: 02/21/2020) |
| 02/21/2020 | | Attorney update in case as to Michael Hernandez Serrano: Attorney Carlos A. Williams terminated. (mpp) [1:20–mj–00019–B] (Entered: 02/21/2020) |
| 02/27/2020 | 18 | INDICTMENT as to Michael Hernandez Serrano (1) count(s) 1, 2. (Attachments: # 1 Penalty Page, # 2 Signed Indictment) (FORFEITURE NOTICE) (clr) (Entered: 02/28/2020) |
| 02/28/2020 | 19 | NOTICE OF Arraignment as to Michael Hernandez Serrano. Arraignment set for 3/4/2020 at 02:00 PM in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. The USM is DIRECTED to produce Defendant for this hearing. (clr) (Entered: 02/28/2020) |
| 03/04/2020 | 20 | MOTION to Withdraw as Attorney by Domingo Soto. by Michael Hernandez Serrano. (Soto, Domingo) (Entered: 03/04/2020) |
| 03/04/2020 | | REFERRAL OF 20 MOTION to Withdraw as Attorney by Domingo Soto. as to Michael Hernandez Serrano to Judge Katherine P. Nelson. (mbp) (Entered: 03/04/2020) |
| 03/04/2020 | 21 | ENDORSED ORDER granting 20 Motion to Withdraw as Attorney. Domingo Soto withdrawn from case as to Michael Hernandez Serrano (1). Signed by Magistrate Judge Katherine P. Nelson on 3/4/20. (srr) (Entered: 03/05/2020) |
| 03/04/2020 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Arraignment as to Michael Hernandez Serrano (1) Count 1,2 held on 3/4/2020 Interpreter Maria Papp.DCR Digital Audio Recording. (srr) (Entered: 03/05/2020) |
| 03/05/2020 | 22 | CJA 20 as to Michael Hernandez Serrano: Appointment of Attorney William Keith Bradford for Michael Hernandez Serrano. The link below is the CJA−19 Notice to Court−Appointed Counsel of Public Disclosure of Attorney Fee Information. *CJA 19 Notice of Public Disclosure* . Signed by Magistrate Judge Katherine P. Nelson on 3/4/20. (srr) (Entered: 03/05/2020) |
| 03/05/2020 | 23 | Order on Arraignment as to Michael Hernandez Serrano (1) Count 1,2 Jury Selection set for 4/27/2020 08:45AM. Pretrial Motions due by 3/18/2020. Probation Officers Report due 3/16/2020. Status Conference set for 3/18/2020 11:15 AM in US Courthouse, Courtroom 3A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge William E. Cassady. Motions in Limine due by 4/21/2020. Pretrial Conference set for 4/14/2020 09:30 AM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Signed by Magistrate Judge Katherine P. Nelson on 3/4/20. (srr) (Entered: 03/05/2020) |
| 03/06/2020 | 24 | (Court only)     RESTRICTED AUDIO FILE (11.8 MB) as to defendant(s)Michael Hernandez Serrano regarding Arraignment held on 3/4/20 before Magistrate Judge Katherine P. Nelson. 0:12:15.(srr) (Entered: 03/06/2020) |

| | | |
|---|---|---|
| 03/09/2020 | | (Court only) ***Staff notes – TIP interpreter requested for 3/18/20 (Status Conference) (srr) (Entered: 03/09/2020) |
| 03/13/2020 | 25 | Sentencing Guideline Worksheets as to Michael Hernandez Serrano (jrz,MPR) (Entered: 03/13/2020) |
| 03/17/2020 | 26 | TEXT ONLY ORDER CANCELLING STATUS CONFERENCE SET 3/18/20 as to Michael Hernandez Serrano. Certification of Guideline Calculations due 4/10/2020. Signed by Magistrate Judge William E. Cassady on 3/17/20. (srr) (Entered: 03/17/2020) |
| 03/17/2020 | 27 | Sample of Certification of Guideline Calculations – See Doc. 26 (srr) (Entered: 03/17/2020) |
| 03/18/2020 | 28 | MOTION for Extension of Time *to File Pretrial Motions and Discovery Motions* by Michael Hernandez Serrano. (Bradford, William) (Entered: 03/18/2020) |
| 03/18/2020 | | REFERRAL OF 28 MOTION for Extension of Time *to File Pretrial Motions and Discovery Motions* as to Michael Hernandez Serrano to Judge Katherine P. Nelson. (mab) (Entered: 03/18/2020) |
| 03/19/2020 | 29 | ENDORSED ORDER granting 28 MOTION for Extension of Time *to File Pretrial Motions and Discovery Motions* as to Michael Hernandez Serrano (1): All pretrial motions under Fed. R. Crim. P. 12(b), 14 and 16, all notices or demands under Fed. R. Crim. P. 12.1, 12.2, and 12.3, and Criminal L. R. 12.5 (entrapment), and any motion to compel, must now be filed and served no later than Wed. 4/1/2020. Signed by Magistrate Judge Katherine P. Nelson on 3/19/2020. (ctn) (Entered: 03/19/2020) |
| 03/20/2020 | | Set/Reset Deadlines as to Michael Hernandez Serrano: Pretrial Motions due by 4/1/2020 – See Doc. 29. (tot) (Entered: 03/20/2020) |
| 03/31/2020 | 30 | TEXT–ONLY ORDER as to Michael Hernandez Serrano: Criminal jury selection, previously scheduled for April 27, 2020, is continued to May 4, 2020 at 8:45 am. (*1:20–mc–1000 Doc. 5* ). Signed by District Judge Terry F. Moorer on 3/31/2020. (mab) (Entered: 03/31/2020) |
| 03/31/2020 | | (Court only) ***Excludable started as to Michael Hernandez Serrano: Time excluded from 4/27/2020 until 5/4/2020. (mab) (Entered: 04/01/2020) |
| 04/01/2020 | 31 | MOTION to Suppress by Michael Hernandez Serrano. (Bradford, William) (Entered: 04/01/2020) |
| 04/02/2020 | 32 | MOTION for Extension of Time *to File Motions Regarding Discovery* by Michael Hernandez Serrano. (Bradford, William) (Entered: 04/02/2020) |
| 04/02/2020 | | REFERRAL OF 31 MOTION to Suppress as to Michael Hernandez Serrano to Judge Moorer. (tot) (Entered: 04/02/2020) |
| 04/02/2020 | | REFERRAL OF 32 MOTION for Extension of Deadline to File Motions to Compel as to Michael Hernandez Serrano to Judge Katherine P. Nelson. (tot) (Entered: 04/02/2020) |
| 04/02/2020 | 33 | ENDORSED ORDER granting 32 Motion for Extension of Time to file Pretrial Motions as to Michael Hernandez Serrano (1). Deadline reset to April 15, 2020. Signed by Magistrate Judge Katherine P. Nelson on 4/2/2020. (Nelson, Katherine) (Entered: 04/02/2020) |

| | | |
|---|---|---|
| 04/02/2020 | | Set/Reset Deadlines as to Michael Hernandez Serrano: Pretrial Motions due by 4/15/2020 – See Doc. 33. (tot) (Entered: 04/02/2020) |
| 04/03/2020 | 34 | TEXT–ONLY ORDER re: 31 Motion Suppress filed by Michael Hernandez Serrano. The Government is **ORDERED** to file its response to the motion by **April 15, 2020**. Signed by District Judge Terry F. Moorer on 4/3/2020. (mab) (Entered: 04/03/2020) |
| 04/03/2020 | 35 | ORDER as to Michael Hernandez Serrano re 26 Order (Status Conference RESET to 4/7/2020 at 10:30 AM by PHONE before Magistrate Judge William E. Cassady.) **The number for counsel and the defendant to call–in is 877–873–8018; access code 3291819.** Signed by Magistrate Judge William E. Cassady on 4/3/20. (mpp)Copies to counsel,USPO,USMS (Entered: 04/03/2020) |
| 04/06/2020 | 36 | ORDER as to Michael Hernandez Serrano (Pretrial Conference set for 4/14/2020 at 9:30 AM by PHONE before Magistrate Judge Sonja F. Bivins.) **The number for counsel to call–in is 1–888–251–2909; access code 9399025.** Signed by Magistrate Judge Sonja F. Bivins on 4/6/20. (mpp) Copies to counsel,USPO,USMS (Entered: 04/06/2020) |
| 04/07/2020 | | Minute Entry for proceedings held before Magistrate Judge William E. Cassady: Status Conference re: Guidelines as to Michael Hernandez Serrano held on 4/7/2020. Confirmation of guideline worksheet received and reviewed. Magistrate Judge William E. Cassady presiding. Government Attorney Deborah Griffin. Defense Attorney William Bradford. Duration 15 mins. (eec) (Entered: 04/07/2020) |
| 04/10/2020 | 37 | Certification Regarding the Preliminary Guideline Calculations of the Probation Officer filed by Michael Hernandez Serrano. (Bradford, William) (Entered: 04/10/2020) |
| 04/10/2020 | 38 | MOTION to Withdraw Document 31 MOTION to Suppress *or in the Alternative to Declare Motion Moot* by Michael Hernandez Serrano. (Bradford, William) (Entered: 04/10/2020) |
| 04/10/2020 | | REFERRAL OF 37 Certification Regarding the Preliminary Guideline Calculations of the Probation Officer as to Michael Hernandez Serrano to Judge Bivins. (tot) (Entered: 04/10/2020) |
| 04/10/2020 | | REFERRAL OF 38 MOTION to Withdraw 31 MOTION to Suppress, or in the Alternative, to Declare Motion Moot as to Michael Hernandez Serrano to Judge Moorer. (tot) (Entered: 04/10/2020) |
| 04/13/2020 | 39 | ORDER as to Michael Hernandez Serrano, GRANTING Defendant's 38 Request to Withdraw Motion to Suppress, or in the Alternative, to Declare Motion to Suppress Moot; and DENYING as MOOT 31 Motion to Suppress. Signed by District Judge Terry F. Moorer on 4/13/2020. (mab) (Entered: 04/14/2020) |
| 04/14/2020 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Pretrial Conference (by telephone) as to Michael Hernandez Serrano held on 4/14/2020. (Digital Court Recording; Courtroom 5A) (eec) (Entered: 04/15/2020) |
| 04/14/2020 | 40 | (Court only)     RESTRICTED AUDIO FILE (2.8 MB) as to defendant Michael Hernandez Serrano regarding Pretrial Conference held on 04/14/2020 at 10:26 a.m. before Magistrate Judge Sonja F. Bivins. 3 mins.(eec) (Entered: 04/15/2020) |
| 04/15/2020 | 41 | Order on Pretrial Conference held on 4/14/2020 as to Michael Hernandez Serrano. Change of Plea Hearing set for 4/28/2020 at 09:30 AM in US Courthouse, Courtroom |

| | | |
|---|---|---|
| | | 4A, 155 St. Joseph Street, Mobile, AL 36602 before District Judge Jeffrey U. Beaverstock. Defense counsel is to file, by 4/21/2020, a written statement confirming consent to appear by video conference & a consent form allowing Probation to commence with the presentence investigation as set out. The USM is DIRECTED to make arrangements to enable Dft (incarcerated at Conecuh County) to appear by video conference. The Clerk shall arrange a Spanish interpreter for the guilty plea hearing. Signed by Magistrate Judge Sonja F. Bivins on 4/15/2020. (tot) (Entered: 04/15/2020) |
| 04/17/2020 | | Set/Reset Hearings as to Michael Hernandez Serrano: Change of Plea Hearing **(VIA VTC)** is reset for 4/28/2020 at 10:00 AM **(TIME CHANGE ONLY)** in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 before District Judge Jeffrey U. Beaverstock. (mbp) (Entered: 04/17/2020) |
| 04/21/2020 | | Set/Reset Hearings as to Michael Hernandez Serrano: Change of Plea Hearing **(via VTC)** is reset for 4/28/2020 at 11:00 AM **(TIME CHANGE ONLY)** in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 before District Judge Jeffrey U. Beaverstock. (mbp) (Entered: 04/21/2020) |
| 04/24/2020 | 42 | Unopposed MOTION to Continue */Postpone Change of Plea Hearing* by Michael Hernandez Serrano. (Bradford, William) Modified on 4/28/2020 (mab). (Entered: 04/24/2020) |
| 04/24/2020 | 43 | Notice of Intent to Plead Guilty to Count(s) One and Two as to Michael Hernandez Serrano (Bradford, William) (Entered: 04/24/2020) |
| 04/27/2020 | 44 | ENDORSED ORDER granting 42 Motion to Continue Guilty Plea as to Michael Hernandez Serrano. An Order will follow with a new date/time. Signed by District Judge Jeffrey U. Beaverstock on 4/27/20. (mbp) (Entered: 04/27/2020) |
| 04/27/2020 | | (Court only) Terminate Deadlines and Hearings as to Michael Hernandez Serrano: Change of Plea Hearing canceled. Will be reset with by separate order. (mbp) (Entered: 04/27/2020) |
| 04/28/2020 | 45 | ORDER as to Michael Hernandez Serrano, GRANTING 42 motion to postpone Defendant's guilty plea hearing, and CONTINUING trial to he June 2020 term. Guilty plea hearing is RESCHEDULED for 5/14/2020 at 11:30 AM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Plea agreement and consent forms as set forth in order due by 5/7/2020. Waiver of Right to Speedy Trial due by 4/30/2020. The United States Marshal is ORDERED to produce the Defendant for the guilty plea hearing. The Clerk shall arrange a Spanish Interpreter for guilty plea hearing. Signed by Magistrate Judge Sonja F. Bivins on 4/28/2020. (Attachment: # 1 consent to plead before a Magistrate form) (mab) (Entered: 04/28/2020) |
| 05/08/2020 | 46 | ORDER as to Michael Hernandez Serrano entered that a **Change of Plea Hearing is set for 5/21/2020 at 08:30 AM via VTC from Conecuh County Jail** in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 before District Judge Jeffrey U. Beaverstock. Signed by Magistrate Judge Katherine P. Nelson on 5/7/20. (mbp) (Entered: 05/08/2020) |
| 05/15/2020 | 47 | PLEA AGREEMENT as to Michael Hernandez Serrano with factual resume (Bradford, William) (Entered: 05/15/2020) |
| 05/15/2020 | 48 | NOTICE *of Consent to Appear by Video Conference for Guilty Plea* by Michael Hernandez Serrano (Bradford, William) (Entered: 05/15/2020) |

| | | |
|---|---|---|
| 05/15/2020 | | REFERRAL OF 47 Plea Agreement (unsigned) and, 48 Notice of Consent to Appear by Video Conference for Guilty Plea as to Michael Hernandez Serrano to Judge Beaverstock (mab) (Entered: 05/15/2020) |
| 05/19/2020 | 49 | PLEA AGREEMENT as to Michael Hernandez Serrano With Factual Resume (Bradford, William) (Entered: 05/19/2020) |
| 05/19/2020 | | Set/Reset Hearings as to Michael Hernandez Serrano: **Change of Plea Hearing is reset for 5/21/2020 at 09:00 AM (TIME CHANGE ONLY)** in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 before District Judge Jeffrey U. Beaverstock. (mbp) (Entered: 05/19/2020) |
| 05/20/2020 | | REFERRAL OF 49 Plea Agreement as to Michael Hernandez Serrano to Judge Beaverstock. (tot) (Entered: 05/20/2020) |
| 05/21/2020 | 50 | Order on Guilty Plea & Minute Entry entered as to Michael Hernandez Serrano. Defendant appeared via videoconference from the Conecuh County Jail and waived his right to appear physically and voluntarily agreed to proceed by videoconference. Guilty as to Count 1,2, charging the offense of Count 1: possession with intent to distribute cocaine in violation of 21:841(a)(1); Count 2: using/carrying a firearm in furtherance of a drug trafficking felony in violation of 18:924(c)(1). Defense Counsel William Keith Bradford. Government Counsel Christopher Bodnar, standing in for Deborah A. Griffin. Defendant's guilty plea was accepted 5/21/20 and Defendant was found guilty as charged. The plea agreement was written. The maximum penalties are Count 1: up to 20 Years/$1,000,000./SRT 3 Years–Life/SA $100; Count 2: minimum mandatory 5 Years–Life consecutive/$1,000,000./SRT 3 Years/SA $100. Pending sentencing Defendant shall remain in custody. Court Reporter Cheryl Powell. Interpreter Peter Heide. **This is a text only order**. Sentencing set for 9/3/2020 10:30 AM in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL 36602 before District Judge Terry F. Moorer. Presentence Investigation Report due 7/30/2020. On or before 8/20/2020 the parties shall each file a Position with Respect to Sentencing Factors in accordance with Criminal Local Rule 32(B)(4). Signed by District Judge Jeffrey U. Beaverstock on 5/21/20. (mbp) (Entered: 05/21/2020) |
| 07/14/2020 | 51 | NOTICE OF ATTORNEY APPEARANCE: Gina S. Vann appearing for Michael Hernandez Serrano (Vann, Gina) (Entered: 07/14/2020) |
| 07/14/2020 | 52 | MOTION for Preliminary Order of Forfeiture by USA as to Michael Hernandez Serrano. (Attachments: # 1 Text of Proposed Order) (Vann, Gina) (Entered: 07/14/2020) |
| 07/14/2020 | | REFERRAL OF 52 MOTION for Preliminary Order of Forfeiture as to Michael Hernandez Serrano to Judge Terry F. Moorer. (mab) (Entered: 07/14/2020) |
| 07/14/2020 | 53 | ORDER as to Michael Hernandez Serrano GRANTING 52 Motion for Preliminary Order of Forfeiture as set out. The interest of Dft in the property listed as set out is condemned & forfeited to the United States for disposition as set out. Signed by District Judge Terry F. Moorer on 7/14/2020. (tot) (Entered: 07/14/2020) |
| 07/24/2020 | 54 | DRAFT Presentence Investigation Report as to Michael Hernandez Serrano. Position of Parties due by 8/20/2020 (dh/EPM) (Entered: 07/24/2020) |
| 08/18/2020 | 55 | POSITION regarding sentencing factors filed by USA as to Michael Hernandez Serrano without objections. (Griffin, Deborah) (Entered: 08/18/2020) |
| 08/21/2020 | 56 | |

|  |  |  |
|---|---|---|
|  |  | TEXT–ONLY ORDER as to Michael Hernandez Serrano: Due to a conflict with the Court's calendar and because of the restrictions imposed by the individual facilities housing federal defendants as a result of the Coronavirus (COVID–19) pandemic, the sentencing hearing in this matter, previously set for 9/3/2020, is **RESCHEDULED for September 17, 2020, at 11:00 a.m.**, to be held in Courtroom 3B, United States Courthouse, Mobile, The United States Marshal is **ORDERED** to produce the Defendant, who is currently being housed at Escambia County, for the hearing on 9/17/2020. Signed by District Judge Terry F. Moorer on 8/21/2020. (mab) (Entered: 08/21/2020) |
| 08/24/2020 | 57 | Proof of Publication filed by USA as to Michael Hernandez Serrano. (Vann, Gina) (Entered: 08/24/2020) |
| 09/02/2020 | 58 | MOTION for Downward Departure by USA as to Michael Hernandez Serrano. (Griffin, Deborah) (Entered: 09/02/2020) |
| 09/02/2020 |  | REFERRAL OF 58 MOTION for Downward Departure as to Michael Hernandez Serrano to Judge Moorer. (tot) (Entered: 09/02/2020) |
| 09/08/2020 | 59 | FINAL Presentence Investigation Report with revisions to paragraphs 26,27 and 28 as to Michael Hernandez Serrano (jrz,EPM) (Entered: 09/08/2020) |
| 09/08/2020 | 60 | ADDENDUM to PSI as to Michael Hernandez Serrano (jrz,EPM) (Entered: 09/08/2020) |
| 09/08/2020 | 61 | *SEALED* CONFIDENTIAL PSI Recommendation as to Michael Hernandez Serrano. Not for public disclosure per Judicial Conference Policy. (jrz,EPM) (Entered: 09/08/2020) |
| 09/08/2020 |  | NOTICE OF HEARING as to Michael Hernandez Serrano: Sentencing hearing in this matter is set before U.S. District Terry F. Moorer on Thursday, September 17, 2020, at 11:00 a.m., to be held in Courtroom 3B. NOTE: Convicted persons are to be prepared to pay the special assessments, pursuant to the provisions of Title 18 U.S.C. Section 3013, at the time of sentencing. Counsel are reminded of their obligation under Criminal Local Rule 32(b)(5) to file notice with the Court if they anticipate that the sentencing hearing will exceed thirty (30) minutes. A TIP Spanish Interpreter will be available for the hearing. (mab) (Entered: 09/08/2020) |
| 09/16/2020 | 62 | Unopposed MOTION to Postpone Sentencing by Michael Hernandez Serrano. (Bradford, William) (Entered: 09/16/2020) |
| 09/16/2020 | 63 | TEXT–ONLY ORDER as to Michael Hernandez Serrano, **GRANTING** 62 Defendant's Unopposed Motion to Postpone Sentencing Hearing, previously set for 9/17/2020, and **RESCHEDULING sentencing hearing for 9/25/2020 at 10:00 AM** in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL. The United States Marshal is **ORDERED** to produce the Defendant, who is being housed at Escambia County, for the hearing on 9/25/2020. Signed by District Judge Terry F. Moorer on 9/16/2020. (mab) (Entered: 09/16/2020) |
| 09/24/2020 | 64 | POSITION regarding sentencing factors by Michael Hernandez Serrano Without Objections. (Bradford, William) (Entered: 09/24/2020) |
| 09/25/2020 | 65 | TEXT–ONLY ORDER, GRANTING 58 United States' Motion for Downward Departure as to Michael Hernandez Serrano. Signed by District Judge Terry F. Moorer on 9/25/2020. (mab) (Entered: 09/25/2020) |

| | | |
|---|---|---|
| 09/25/2020 | | Minute Entry for proceedings held before District Judge Terry F. Moorer: Sentencing held on 9/25/2020 for Michael Hernandez Serrano, Imprisonment 37 months. Term consists of 15 months as to Count 1, and 22 months as to Count 2 run consecutively to the term imposed as to Count 1. SRT 3 years as to each of Counts 1 & 2, to run concurrently. (1) substance abuse testing, (2) substance abuse treatment, (3) mental health evaluation/treatment, (4) model search condition. SA $200.00. Court Reporter Roy Isbell. Interpreter Laura Garcia–Hein. (mab) (Entered: 09/25/2020) |
| 10/05/2020 | 66 | MOTION to Amend/Correct *Sentence and J & C* by USA as to Michael Hernandez Serrano. (Vann, Gina) (Entered: 10/05/2020) |
| 10/05/2020 | | REFERRAL OF United States' 66 Unopposed Motion to Amend/Correct *Sentence and J & C* to include forfeiture of the firearm as to Michael Hernandez Serrano to Judge Terry F. Moorer. (mab) (Entered: 10/05/2020) |
| 10/06/2020 | 67 | TEXT–ONLY ORDER as to Michael Hernandez Serrano, **GRANTING** the 66 United States' Unopposed Motion Pursuant to Fed.R.Crim.P. 36. The United States is **ORDERED** to file a proposed final order of forfeiture **on or before October 13, 2020**. Signed by District Judge Terry F. Moorer on 10/6/2020. (mab) (Entered: 10/06/2020) |
| 10/09/2020 | 68 | JUDGMENT as to Michael Hernandez Serrano: Imprisonment 37 months. Term consists of 15 months as to Count 1, and 22 months as to Count 2 run consecutively to the term imposed as to Count 1. SRT 3 years as to each of Counts 1 & 2, to run concurrently. (1) substance abuse testing, (2) substance abuse treatment, (3) mental health evaluation/treatment, (4) model search condition. SA $200.00. Signed by District Judge Terry F. Moorer on 10/9/2020. (mab) (Entered: 10/09/2020) |
| 10/09/2020 | 69 | Statement of Reasons as to Michael Hernandez Serrano. (mab) (Entered: 10/09/2020) |
| 10/12/2020 | 70 | MOTION for Forfeiture of Property *POF to Become FOF* by USA as to Michael Hernandez Serrano. (Vann, Gina) (Entered: 10/12/2020) |
| 10/13/2020 | | REFERRAL OF 70 MOTION for Preliminary Order of Forfeiture to Become Final Order of Forfeiture as to Michael Hernandez Serrano to Judge Terry F. Moorer. (mab) (Entered: 10/13/2020) |
| 10/13/2020 | 71 | FINAL ORDER OF FORFEITURE as to Michael Hernandez Serrano, GRANTING 70 Motion. The firearm as set forth in the order is CONDEMNED, FORFEITED and VESTED in the United states for disposition according to law. Signed by District Judge Terry F. Moorer on 10/13/2020. (mab) (Entered: 10/13/2020) |
| 12/08/2021 | 72 | RETURN OF SERVICE of TD F 90 Form served 11/24/2021 as to Michael Hernandez Serrano (Griffin, Deborah) (Entered: 12/08/2021) |
| 02/11/2025 | 73 | *SEALED* Transfer of Jurisdiction to District of Puerto Rico as to Michael Hernandez Serrano. Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet emailed to District of Puerto Rico. (cmj) (Entered: 02/11/2025) |

USA v. Serrano (1:20–cr–00054–TFM–B)